| AO 10 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics |
| Rev. 1/2010 | FOR CALENDAR YEAR 2009 | in Government Act of 1978 |
| | | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Golden, Thomas M. | U.S. Eastern District Ct of PA | 05/12/2010 |

| 4. Title (Article III judges indicate active or senior status, magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U. S. District Judge -Active | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2009<br>to<br>12/31/2009 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| The Madison Building - Rm 401<br>400 Washington Street<br>Reading, PA 19601 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Pennsylvania Bar Insurance Fund & Trust - See Part VIII - #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2009 | Masano Bradley, LLP - purchase agreement of law firm interest. It is a five (5) year contract. See Part VIII - #2 |
| 2. | |
| 3. | |

RECEIVED 2010 MAY 13 P 1:14 DISCLOSURE FINANCIAL OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M. | 05/12/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | Masano Bradley, LLP | $131,329.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria )*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Goggle Works - salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp 25-27 of filing instructions )*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M. | 05/12/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. US Allianz Alterity annuity | | None | K | T | | | | | |
| 2. National Penn Bancshares, Inc. - common stock | C | Dividend | L | T | | | | | |
| 3. Sovereign Bancorp Inc. - common stock | A | Dividend | K | T | | 02/04/09 | J | | See Part VIII #3 |
| 4. Brokerage Account #1 | | | | | | | | | |
| 5. - Citibank NA Bank Deposit Program | A | Interest | K | T | | | | | |
| 6. - Citicorp Trust Bank, FSB | A | Interest | L | T | | | | | |
| 7. - Citibank NA South Dakota Bank Deposit Program | A | Interest | M | T | | | | | |
| 8. - Oley Valley PA School District - municipal bond | | None | | | Matured | 05/15/09 | K | | |
| 9. Banco Santander S.A - common stock | A | Dividend | K | T | | 02/04/09 | J | | See Part VIII #3 |
| 10. IRA - account #1A | C | Int./Div. | M | T | | | | | |
| 11 - Citibank, NA South Dakota Bank Deposit Program | | Interest | | | | | | | |
| 12. - Apache Corp - common stock | | Dividend | | | | | | | |
| 13 - Conocophillips - common stock | | Dividend | | | | | | | |
| 14. - Drill-Quip Inc - common stock | | Dividend | | | | | | | |
| 15. - Exxon Mobil Corp - common stock | | Dividend | | | | | | | |
| 16. - Johnson & Johnson - common stock | | Dividend | | | | | | | |
| 17. - Kraft Foods Inc Cl A | | Dividend | | | | | | | |

1 Income Gain Codes    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and J3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Sovereign Bancorp Inc - common stock | | Dividend | | | | 02/04/09 | J | | See Part VIII #4 |
| 19. - Banco Santander S. A. - common stock | | Dividend | | | | 02/04/09 | J | | See Part VIII #4 |
| 20. - Tyco International LTD New - common stock | | Dividend | | | | | | | |
| 21. - Wachovia Corp 2nd New Com - common stock | | Dividend | | | | 01/02/09 | | | See Part VIII #5 |
| 22. - Wells Fargo & Co New - common stock | | Dividend | | | | 01/02/09 | | | See Part VIII #5 |
| 23. - Pepsico Inc. NC - common stock | | Dividend | | | | | | | |
| 24. - Huaneng Power Intl SP ADR - common stock | | Dividend | | | | | | | |
| 25. - Covidien Ltd - common stock | | Dividend | | | | | | | |
| 26. - Tyco Electronics Ltd - common stock | | Dividend | | | | | | | |
| 27. - Philip Morris Intl Inc - common stock | | Dividend | | | | | | | |
| 28. - Altria Group Inc - common stock | | Dividend | | | | | | | |
| 29. IRA - account #2A | C | Int./Div. | M | T | | | | | |
| 30. - Citibank, NA South Dakota Bank Deposit Fund | | Interest | | | | | | | |
| 31. - Apache Corp - common stock | | Dividend | | | | | | | |
| 32. - Conocophillips - common stock | | Dividend | | | | | | | |
| 33. - Drill-Quip Inc - common stock | | Dividend | | | | | | | |
| 34. - Johnson & Johnson - common stock | | Dividend | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS — *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div, rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. - Kraft Foods Inc Cl A | | Dividend | | | | | | | |
| 36. - Sovereign Bancorp Inc - common stock | | Dividend | | | | 02/04/09 | | | See Part VIII #6 |
| 37. - Banco Santander S.A. - common stock | | Dividend | | | | 02/04/09 | | | See Part VIII #6 |
| 38. - Tyco International Ltd New - common stock | | Dividend | | | | | | | |
| 39. - Wachovia Corp 2nd New Com - common stock | | Dividend | | | | 01/02/09 | | | See Part VIII #7 |
| 40. - Wells Fargo & Co New - common stock | | Dividend | | | | 01/02/09 | | | See Part VIII #7 |
| 41. - Huaneng Power Intl SP ADR - common stock | | Dividend | | | | | | | |
| 42. - Pepsico Inc. NC - common stock | | Dividend | | | | | | | |
| 43. - Altria Group Inc. - common stock | | Dividend | | | | | | | |
| 44. - Covidien Ltd - common stock | | Dividend | | | | | | | |
| 45. - Tyco Electronics Ltd - common stock | | Dividend | | | | | | | |
| 46. - Philip Morris Intl Inc - common stock | | Dividend | | | | | | | |
| 47. Inherited IRA - account #3 | D | Int./Div. | O | T | | | | | |
| 48. - Schwab Money Market Fund | | Interest | | | | | | | |
| 49. - General Electric - common stock | | Dividend | | | Sold | 01/22/09 | J | | |
| 50. - General Electric - common stock | | Dividend | | | | | | | |
| 51. - Concophillips - common stock | | Dividend | | | Sold | 01/20/09 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Column B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS -- income. value. transactions (Includes those of spouse and dependent children; see pp. 34-60 of filling instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. - Johnson and Johnson - common stock | | Dividend | | | Sold | 03/06/09 | J | | |
| 53. - A T & T Inc. - common stock | | Dividend | | | | | | | |
| 54. - A T & T Inc. - common stock | | Dividend | | | Buy (add'l) | 05/22/09 | J | | |
| 55. - Hartford Financial Services Group - common stock | | Dividend | | | Sold | 02/06/09 | J | | |
| 56. - Hartford Financial Services Group - common stock | | Dividend | | | Sold | 02/06/09 | J | | |
| 57. - Hartford Financial Services Group - common stock | | Dividend | | | Sold | 05/01/09 | J | | |
| 58. - Hartford Financial Services Group - common stock | | Dividend | | | Sold | 05/01/09 | J | | |
| 59. - Noble Corp - common stock | | Dividend | | | Buy (add'l) | 05/28/09 | J | | |
| 60. - Noble Corp - common | | Dividend | | | Sold (part) | 02/23/09 | J | | |
| 61. - Noble Corp - common stock | | Dividend | | | Buy (add'l) | 06/01/09 | J | | |
| 62. - Noble Corp - common | | Dividend | | | Buy (add'l) | 07/23/09 | J | | |
| 63. - Abbott Laboratories - common stock | | Dividend | | | | | | | |
| 64. - Abbott Laboratories - common stock | | Dividend | | | Buy (add'l) | 05/22/09 | J | | |
| 65. - Harris Corp - common stock | | Dividend | | | Sold | 01/22/09 | J | | |
| 66. - Hewlett-Packard Co - common stock | | Dividend | | | Buy (add'l) | 05/26/09 | J | | |
| 67. - Hewlett-Packard Co - common stock | | Dividend | | | Buy (add'l) | 10/14/09 | J | | |
| 68. - J P Morgan Chase & Co - common stock | | Dividend | | | Sold | 02/23/09 | J | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  - J P Morgan Chase & Co - common stock | | Dividend | | | Sold | 02/24/09 | J | | |
| 70.  - Terex Corp - common stock | | Dividend | | | Sold | 01/20/09 | J | | |
| 71.  - Terex Corp - common stock | | Dividend | | | Sold | 01/22/09 | J | | |
| 72.  - Terex Corp - common stock | | Dividend | | | Sold | 01/22/09 | J | | |
| 73.  - Altria Group Inc - common stock | | Dividend | | | | | | | |
| 74.  - Corning Inc - common stock | | Dividend | | | Buy (add'l) | 05/26/09 | J | | |
| 75.  - Corning Inc - common stock | | Dividend | | | Buy (add'l) | 05/28/09 | J | | |
| 76.  - Dawson Geophysical Co - common stock | | Dividend | | | Sold | 06/11/09 | K | D | |
| 77.  - McDonalds Corp - common stock | | Dividend | | | Buy (add'l) | 06/09/09 | J | | |
| 78.  - McDonalds Corp - common | | Dividend | | | Buy (add'l) | 07/20/09 | J | | |
| 79.  - McDonalds Corp - common | | Dividend | | | Buy (add'l) | 08/04/09 | J | | |
| 80.  - McDonalds Corp - common | | Dividend | | | Buy (add'l) | 10/23/09 | J | | |
| 81.  - Petroleo Brasileiro SA ADR - common stock | | Dividend | | | Sold | 01/20/09 | J | | |
| 82.  - Petroleo Brasileiro SA ADR - common stock | | Dividend | | | Sold | 01/20/09 | J | | |
| 83.  - Petroleo Brasileiro SA ADR - common stock | | Dividend | | | Sold | 01/20/09 | J | | |
| 84.  - Petroleo Brasileiro SA ADR - common stock | | Dividend | | | Sold | 01/20/09 | J | | |
| 85.  - Verizon Communications - common stock | | Dividend | | | | | | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. - Amgen - common | | Dividend | | | Buy | 08/04/09 | J | | |
| 87. - Atwood Oceanics Inc - common | | Dividend | | | Buy | 06/01/09 | J | | |
| 88. - Bally Technologies Inc - common | | Dividend | | | Buy | 05/26/09 | J | | |
| 89. - Bally Technologies Inc - common | | Dividend | | | Sold | 07/27/09 | J | C | |
| 90. - Bally Technologies Inc - common | | Dividend | | | Buy | 06/09/09 | J | | |
| 91. - Bally Technologies Inc - common | | Dividend | | | Sold | 07/27/09 | J | A | |
| 92. - Becton Dickinson & Co - common | | Dividend | | | Buy | 05/26/09 | J | | |
| 93. - BP PLC - common | | Dividend | | | Buy | 05/22/09 | J | | |
| 94. - Bristol-Myers Squibb - common | | Dividend | | | Buy | 05/22/09 | J | | |
| 95. - Bristol-Myers Squibb - common | | Dividend | | | Buy | 05/26/09 | J | | |
| 96. - Centurytel Inc - common | | Dividend | | | Buy | 05/22/09 | J | | |
| 97. - Centurytel Inc - common | | Dividend | | | Buy | 07/23/09 | J | | |
| 98. - Diamond Offshore Drilling Inc - common | | Dividend | | | Buy | 10/06/09 | J | | |
| 99. - DNP Select Income Fund | | Dividend | | | Buy | 09/08/09 | J | | |
| 100. - Express Scripts Inc - common | | Dividend | | | Buy | 05/26/09 | J | | |
| 101. - Express Scripts Inc - common | | Dividend | | | Sold | 09/15/09 | J | B | |
| 102. - Express Scripts Inc - common | | Dividend | | | Buy | 07/20/09 | J | | |

| 1. Income Gain Codes: | A = $1,000 or less | B = $1,001 - $2,500 | C = $2,501 - $5,000 | D = $5,001 - $15,000 | E = $15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001 - $100,000 | G = $100,001 - $1,000,000 | H1 = $1,000,001 - $5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes | J = $15,000 or less | K = $15,001 - $50,000 | L = $50,001 - $100,000 | M = $100,001 - $250,000 | |
| (See Columns C1 and D3) | N = $250,001 - $500,000 | O = $500,001 - $1,000,000 | P1 = $1,000,001 - $5,000,000 | P2 = $5,000,001 - $25,000,000 | |
| | P3 = $25,000,001 - $50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *Income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing Instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. - Express Scripts Inc - common | | Dividend | | | Sold | 09/15/09 | J | A | |
| 104. - Family Dollar Stores - common | | Dividend | | | Buy | 10/06/09 | J | | |
| 105. - Family Dollar Stores - common | | Dividend | | | Buy | 10/14/09 | J | | |
| 106. - IShares FTSE/Xinhua China | | Dividend | | | Buy | 07/20/09 | J | | |
| 107. - IShares FTSE/Xinhua China | | Dividend | | | Buy | 07/23/09 | J | | |
| 108. - IShares FTSE/Xinhua China | | Dividend | | | Buy | 09/08/09 | J | | |
| 109. - IShares FTSE/Xinhua China | | Dividend | | | Buy | 10/23/09 | J | | |
| 110. - IShares MSCI Brazil | | Dividend | | | Buy | 07/20/09 | J | | |
| 111. - IShares MSCI Brazil | | Dividend | | | Sold | 11/25/09 | J | B | |
| 112. - IShares MSCI Brazil | | Dividend | | | Buy | 07/23/09 | J | | . |
| 113. - IShares MSCI Brazil | | Dividend | | | Sold | 11/25/09 | J | B | |
| 114. - IShares MSCI Brazil | | Dividend | | | Buy | 09/08/09 | J | | |
| 115. - IShares MSCI Brazil | | Dividend | | | Sold | 11/25/09 | J | B | |
| 116. - IShares MSCI Pacific Ex Japan | | Dividend | | | Buy | 10/01/09 | J | | |
| 117. - IShares MSCI Pacific Ex Japan | | Dividend | . | | Buy | 10/14/09 | J | | |
| 118. - IShares MSCI Pacific Ex Japan | | Dividend | | | Buy | 10/23/09 | J | | |
| 119. - Marathon Oil Corp - common | | Dividend | | | Buy | 06/01/09 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. - Nuance Communications Inc - common | | Dividend | | | Buy | 10/23/09 | J | | |
| 121. - Pepsico Inc - common | | Dividend | | | Buy | 05/26/09 | J | | |
| 122. - Pepsico Inc - common | | Dividend | | | Sold | 12/08/09 | J | B | |
| 123. - Royal DutchShell PLC - common | | Dividend | | | Buy | 05/28/09 | J | | |
| 124. - The Mosaic Co - common | | Dividend | | | Buy | 10/06/09 | J | | |
| 125. - Total Fina SA Spon ADR | | Dividend | | | Buy | 05/22/09 | J | | |
| 126. - Transocean Ltd - common | | Dividend | | | Buy | 05/22/09 | J | | |
| 127. - Transocean Ltd - common | | Dividend | | | Buy | 09/08/09 | J | | |
| 128. - Waste Management Inc - common | | Dividend | | | Buy | 05/22/09 | J | | |
| 129. - Waste Management Inc - common | | Dividend | | | Buy | 05/26/09 | J | | |
| 130. - Whirlpool Corp - common | | Dividend | | | Buy | 05/22/09 | J | | |
| 131. - Whirlpool Corp - common | | Dividend | | | Sold | 08/07/09 | K | C | |
| 132. National Penn Bank - account | A | Interest | K | T | | | | | |
| 133. Sovereign Bank - account | A | Interest | J | T | | | | | |
| 134. AXA Equitable - whole life policy | A | Dividend | J | T | | | | | |
| 135. AXA Equitable - whole life policy | A | Dividend | J | T | | | | | |
| 136. MetLife - flexible premium life policy | C | Interest | K | T | | | | | |

1 Income Gain Codes:  A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3 Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M. | 05/12/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. MetLife - flexible premium life policy | C | Interest | K | T | | | | | |
| 138. Brokerage Account #2 | | | | | | | | | |
| 139. - National Penn Bancshares. Inc - common stock | A | Dividend | J | T | | | | | |

1 Income Gain Codes     A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
  (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes          J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000   M =$100,001 - $250,000
  (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                       P3 =$25,000,001 - $50,000,000                         P4 =More than $50,000,000
3 Value Method Codes   Q =Appraisal          R =Cost (Real Estate Only)   S =Assessment           T =Cash Market
  (See Column C2)        U =Book Value         V =Other                W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M. | 05/12/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1) Part I. Page 1. Line #1 - Uncompensated to serve as one of several Trustees of a Trust Fund of the Pennsylvania Bar Association to promote education and charitable purposes associated with the legal profession and the administration of justice, with particular reference to the promotion of such purposes in the Commonwealth of Pennsylvania.

2). Part II. Page 1. Line #1 - The Agreement provides for monthly payments of $11,777.35 over the remaining term of the Agreement. The Agreement began on July 1, 2006 and will terminate on July 1, 2011.

3). Part VII. Page 4. Lines #3 & #9 - Sovereign Bancorp Inc. common shares were converted by merger to Banco Santander S.A. common shares on February 4, 2009. After the merger, said shares listed on line #3 were then transferred to Brokerage Account #1 and are now listed on Line #9.

4). Part VII. Page 5. Lines #18 & #19 - Sovereign Bancorp Inc. common shares were converted by merger to Banco Santander S.A. common shares on February 4, 2009 and are now listed on Line #19.

5). Part VII. Page 5. Lines #21 & #22 - Wachovia Corp 2nd New Com common shares were converted by merger to Wells Fargo & Co New common shares on January 2, 2009 and are now listed on Line #22.

6). Part VII. Page 6. Lines #36 & #37 - Sovereign Bancorp Inc. common shares were converted by merger to Banco Santander S.A. common shares on February 4, 2009 and are now listed on Line #37.

7). Part VII. Page 6. Lines #39 & #40 - Wachovia Corp 2nd New Com common shares were converted by merger to Wells Fargo & Co New common shares on January 2, 2009 and are now listed on Line #40.

| Name of Person Reporting | Date of Report |
|---|---|
| Golden, Thomas M. | 05/12/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544